Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Houlton, Maine

_____ Division

Case No. _____
*(to be filled in by the Clerk's Office)*

Plaintiff(s): James A. Anthony

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☐ Yes  ☐ No

Defendant(s): Houlton Police Department

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: James Allen Anthony
  Address: 125 Townline Rd
  City: Ludlow  State: ME  Zip Code: 04730
  County: Aroostook
  Telephone Number: (207) 207-0819
  E-Mail Address:

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Travis Smith
  Job or Title (if known):
  Address:
  City:  State:  Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):
  ☐ Individual capacity  ☑ Official capacity

  Defendant No. 2
  Name: Officer #2 accompanied Travis Smith (with)
  Job or Title (if known):
  Address:
  City:  State:  Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):
  ☐ Individual capacity  ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   |City | State | Zip Code|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   |City | State | Zip Code|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   4th and 5th Amendments, Civil Tort law section 3, Maine Common
   The Privacy Act of 1974, [illegible handwriting]

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Police officers*

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

*Florence Ave*

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

*Approximatly 8:00 pm  Oct 22 2022*

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*HPD knowingly gave my phone to car ful of drug oddicts without my permission while cuffed and in cruiser. Officer with Smith gave me my phone that was ringing. I ended call and ~~was~~ put on hood of car I had been riding in oicng with other stuff of mine from search. Officers didn't give me my phone or ask what to do with it. I was never returned again. People in car knew my password. I lost life and at risk.*

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

To go along with my severe insomnia, I'm now diagnosed with severe anxiety and severe depression, and suicidal thoughts. My Image and caracter injured.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) I would ask for help with a lawyer
(2) I would ask for speedy court dates due to trouble starting process alone.
(3) I would ask keep away during process. A keep away on HPD. Retaliation, etc reasons
(4) Asking $500,000 in money
(5) Asking police officers are punished
(6) Asking State to find Phone, and Info and everything protected from use at all

Page 5 of 6