

MAINE JUDICIAL BRANCH
AROOSTOOK COUNTY DISTRICT COURT

Jennifer Billotti
*Clerk of Courts*
26 Court Street, Suite 201
Houlton, ME 04730

1/3/2023

James Anthony
125 Townline Road
Ludlow, Maine 04730

To James Anthony,

    You have filed federal cases in the state district court. The address for the Maine Federal District Court is set forth below. I have enclosed your filings so that you may properly file them at:

U.S. District Court, District of Maine
Margaret Chase Smith Federal Building & Courthouse
202 Harlow Street
Bangor, ME 04401
207-945-0575
Hours of Operation: 8:00 AM to 4:30 PM

    If you should have any questions, please contact the court directly at 207-532-2147.

_____
Assistant Clerk

_____
Judge                    1/3/2023

Contact accessibility@courts.maine.gov
with requests for disability accommodations.

TTY: Maine Relay 711
www.courts.maine.gov

Contact interpreters@courts.maine.gov
with requests for interpreters.