**FROM:**

James Anthony
125 Townline Rd
Ludlow, ME 04730

  

**TO:**

U.S. District Court, District of Maine
Margaret Chase Smith Federal Building & Courthouse
202 Harlow Street
Bangor, ME 04401

**Utility Mailer**
**10 1/2" x 16"**

